# Exhibit B

-----Original Message-----
From: Germany, Ryan [mailto:rgermany@sos.ga.gov]
Sent: Wednesday, October 12, 2016 11:39 AM
To: Kristen Clarke
Cc: Cristina Correia; Harvey, Chris
Subject: Re: Letter from Lawyers' Committee for Civil Rights Regarding Impact of Hurricane Matthew in Chatham County, Georgia

Dear Ms. Clarke,

Thank you for your letter. We have been monitoring the situation with Hurricane Matthew since the beginning of last week. We have been in touch with state, local, and federal officials and continue to be in touch with those officials. Before the storm last week, we conducted multiple interviews with coastal media to remind people to go ahead and register to vote if they were not yet registered. We also sent out a press release and sent out reminders via social media reminding people that they could register to vote online 24 hours a day, 7 days a week, they could download the GA Votes app, or they could text GA to 2VOTE to get a link to register to vote. Paper applications have to be postmarked, not received, by the voter registration deadline. Online applications can be submitted up until midnight<x-apple-data-detectors://11> on the night of the voter registration deadline.

We were in touch yesterday with state, local, and federal officials as we continued to assess the situation. While we understand that the Chatham County Board of Registrar's office was closed, we confirmed that post offices were open and that the mail was being picked up, that many libraries were open and had power, that the state Department of Driver Services and Department of Family and Children Services were open. We also continued to monitor Online Voter Registration, and it was up and running all day.

Extending the statutory voter registration deadline is unprecedented in Georgia, and we did not want to make this request to the Governor's office unless it was absolutely necessary. Our office does not have the authority to extend the deadline. Based on our assessment of the entirety of the situation, attempting to invoke that extraordinary remedy was not appropriate or prudent given that opportunities to register remained available and that counties, including counties affected by the storm, need to continue to prepare for early voting beginning on Monday.

If you are aware of anyone who was not able to register to vote due to hurricane Matthew, please forward their contact info to me immediately and we will research the specific situation.

Sincerely,
Ryan

--
C. Ryan Germany
Office of Georgia Secretary of State Brian P. Kemp
Office: (404) 657-7778<tel:(404)%20657-7778> | Cell: (678) 672-9230<tel:(678)%20672-9230>
|rgermany@sos.ga.gov<mailto:rgermany@sos.ga.gov>