# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

FLORIDA DEMOCRATIC PARTY,

    *Plaintiff*,

v.                                                            Case No. 4:16cv626-MW/CAS

RICHARD SCOTT, IN HIS OFFICIAL
CAPACITY AS GOVERNOR OF THE
STATE OF FLORIDA, AND KEN DETZNER,
IN HIS OFFICIAL CAPACITY AS SECRETARY
OF STATE OF THE STATE OF FLORIDA,

    *Defendant*.

_____/

**ORDER GRANTING PRELIMINARY INJUNCTION**

In light of Hurricane Matthew, this Court granted a Temporary Restraining Order that extended Florida's voter registration deadline from October 11, 2016, to October 12, 2016, at 5:00 p.m. ECF No. 15. To afford Defendants an opportunity to be heard on the matter, this Court held a hearing the morning of October 12, 2016. Defendants took no position. In any event, this Court held the hearing, in part to consider evidence to determine

1

how long the voter registration and early voting plan submission deadlines should be extended to. This Order follows.[1]

Nothing has changed since Monday, when this Court issued the Temporary Restraining Order. ECF No. 15. This Court incorporates by reference the findings included in that order. And for those same reasons, a preliminary injunction extending the voter registration deadline is appropriate. The only remaining issue before this Court is how far that deadline should be extended. After considering the evidence,[2] this Court orders that the deadline is extended to Tuesday, October 18, 2016, at 5:00 p.m., to afford a full opportunity to register for those who may have been affected by Hurricane Matthew's destruction. This Court also orders that the deadline to submit or amend early voter plans is extended to

---

[1] This Court recognizes the importance of issuing a timely ruling. Therefore, this Order is truncated to ensure swift notice to the public and those affected by the ruling.

[2] For example, this Court heard testimony from the Leon County Supervisor of Elections, Ion Sancho, that storms of this magnitude impose "tremendous strain" on elections offices. Evidence was also submitted that some soon-to-be citizens who planned to register in advance of the deadline had their naturalization ceremonies delayed due to Hurricane Matthew. Absent this Order, through no fault of their own, they would not have had the opportunity to vote in the 2016 election.

Monday, October 17, 2016, at 5:00 p.m.

No right is more precious than having a voice in our democracy. Hopefully it is not lost on anyone that the right to have a voice is why this great country exists in the first place.

Accordingly,

**IT IS ORDERED:**

Plaintiff's Motion for a Preliminary Injunction, ECF No. 3, is **GRANTED**. Defendant Detzner is directed to copy the supervisors of elections with this order and to direct the supervisors of elections to extend the deadline for counties to submit or amend their early voting plans to Monday, October 17, 2016, at 5:00 p.m., and to extend the new voter registration deadline to Tuesday, October 18, 2016, at 5:00 p.m., accepting registrations up to that date and time.

**SO ORDERED on October 12, 2016.**

                                      **s/Mark E. Walker          **
                                      **United States District Judge**