DECLARATION OF NSE UFOT

Pursuant to 28 U.S.C. § 1746, I, NSE UFOT, declare:

1. Third Sector Development, Inc. is a plaintiff in this action and is a Georgia non-partisan, nonprofit 501(c)(3) organization that was founded in 1998 and is led by Stacey Abrams, who is the organization's current CEO.

2. I am the Executive Director of the New Georgia Project (NGP). The New Georgia Project is a program of Third Sector Development, Inc., which was began in 2013.

3. NGP's mission is to civically engage citizens in underrepresented communities in Georgia. A majority of NGP's work is devoted to voter registration, voter education and increasing access to the polls for minority citizens throughout Georgia.

4. NGP regularly conducts voter registration drives and campaigns throughout Georgia, including in Chatham County. As a result of this work, NGP has helped thousands of eligible Georgians to register to vote.

5. During 2016, NGP conducted voter registration activities in Chatham County and had collected over 11,000 voter registration applications from Chatham County residents prior to the evacuation order issued by Governor Deal in advance of Hurricane Matthew on October 6, 2016.

1

6. NGP planned to devote its attention in the days leading up to the close of registration in Chatham County to verifying whether applicants who submitted registration forms through NGP's voter registration canvassing efforts were on the list of active voters eligible to vote in the November 8, 2016 general election and, if not, to assist those applicants in "pending" status to resolve any issues that were preventing them from being moved into active status.

7. These verification efforts were to include calling Chatham County residents who submitted registration forms and were not on the active voter list in order to assist them in clearing up any problems with their applications with the County registrar to ensure that they would be able to vote in the general election.

8. These efforts were going to include making three-way calls with applicants and Chatham County registrars to confirm what additional information was needed from the applicants to successfully complete the registration process in order to ensure that they would be able to vote.

9. Due to Hurricane Matthew, the evacuation order, loss of power and the fact that the Chatham County Board of Elections was closed between October 6 and October 11, 2016, NGP determined that it would not be feasible to continue the voter registration verification process that it had

planned to do in Chatham County since there would be no way for NGP to connect applicants with the Chatham County registrar's office before the close of registration on October 11, 2016 while the Board of Elections' office was closed.

10. Due to the impact Hurricane Matthew had on voter registration in Chatham County, including the fact NGP was unable to assist applicants who were not yet on the active voter list to complete the voter registration process as described above, NGP respectfully moves the Court for an Order extending the voter registration deadline in Chatham County for the number of days the Chatham County Board of Elections was closed due to Hurricane Matthew.

11. I declare that the foregoing is true and correct under penalty of perjury, except to those matters stated upon information and belief, and as to those matters, I am informed and believe them to be true and correct. Executed this 12th day of October 2016 at Atlanta, Georgia.

_____
Nse Ufot