**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

GEORGIA COALITION FOR THE )
PEOPLES' AGENDA, INC., as an )
organization; GEORGIA STATE )
CONFERENCE OF THE NAACP, as )
an organization; and THIRD )
SECTOR DEVELOPMENT, INC., as )
an organization; )
                             )
      Plaintiffs, )
                             )
v.                         )      CASE NO. CV416-269
                             )
JOHN NATHAN DEAL, in his )
official capacity as Governor )
of Georgia, and BRIAN P. )
KEMP, in his official )
capacity as Secretary of )
State for the State of )
Georgia, )
                             )
      Defendants. )
_____)

**O R D E R**

Before the Court is Plaintiffs' Motion for Emergency Preliminary Injunction. (Doc. 2.) Plaintiffs' request for oral argument (id. ¶ 4) is **GRANTED**. The Court will conduct a hearing on this matter at **10:00 a.m.** on **Friday, October 14, 2016** in the **Third Floor Courtroom** of the **Tomochichi Courthouse** in **Savannah, Georgia.**

Based on the Court's review of the docket, it is unclear whether Defendants received any notice of Plaintiffs' motion. Plaintiffs' certificate of service only

states that the motion was "electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record." (Doc. 2 at 7.) Of course, no Defendant has appeared in this case, most likely because they have yet to be served with a copy of the complaint. As a result, there are currently no attorneys of record representing Defendants in this case. Therefore, the Clerk of Court is **DIRECTED** to immediately provide Defendants with electronic copies of both Plaintiffs' motion and this order.

SO ORDERED this 13th day of October 2016.

/s William T. Moore, Jr.
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA