# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. CV416-269     DATE 10/14/16

TITLE GEORGIA COALITION FOR THE PEOPLES' AGENDA, INC., ET AL v. JOHN NATHAN DEAL, ET AL

TIMES 10:00 - 11:20     TOTAL 1 hr. 20 min.

Honorable: William T. Moore, Jr., U. S. District Court Judge
Courtroom Deputy: Jennifer Bodaford
Court Reporter: Kelly Dorsey
Interpreter:

**Attorney for Plaintiff**
WILLIAM V. CUSTER
JOHN POWERS

**Attorney for Defendant(s)**
JOSIAH HEIDT
JULIA ANDERSON

**Defendant(s)**

PROCEEDINGS: MOTIONS HEARING     ☑ In Court     ☐ In Chambers

**Argument for the Plaintiff:**
Atty. William V. Custer  10:01 - 10:34

**Argument for the defendant:**
Atty. Josiah Heidt  10:35 - 10:48

**Questions imposed by the Court:** 10:48 - 10:50

**Plaintiff calls Helen Butler:**
direct: 10:51 - 11:13 by Atty. John Powers

**Closing statements:**
Plaintiff: 11:13 - 11:17
Defendant: 11:17 - 11:19

Court will issue an order by the close of business today.
11:20 Court adjourned