# United States District Court
## *Southern District of Georgia*

Georgia Coalition for the Peoples'
Agenda, et al.

Case No. 4:16-cv-00269-WTM-GRS

---
Plaintiff

v.  John Nathan Deal, et al.

Appearing on behalf of
Plaintiffs

---
Defendant    (Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _14th_ day of _Oct._, _2016_.

_[signature]_
UNITED STATES DISTRICT/MAGISTRATE JUDGE

\*\*\*\*\*

**NAME OF PETITIONER:** Julie M. Houk

**Business Address:** Lawyers' Committee for Civil Rights Under Law
Firm/Business Name

1401 New York Avenue NW, Suite 400
Street Address

Washington    DC    20005
Street Address (con't)    City    State    Zip

Mailing Address (if other than street address)

Address Line 2    City    State    Zip

(202) 662-8391
Telephone Number (w/ area code)    Georgia Bar Number

**Email Address:** jhouk@lawyerscommittee.org

FILED U.S. DISTRICT COURT SAVANNAH DIV. 2016 OCT 14 AM 11:29 CLERK SO. DIST. OF GA.