# United States District Court
## Southern District of Georgia

Georgia Coalition for the Peoples' Agenda, et al.

_____
Plaintiff

v.

John Nathan Deal, et al.
_____
Defendant

Case No. 4:16-cv-00269-WTM-GRS

Appearing on behalf of Plaintiffs
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __14th__ day of __Oct.__, __2016__

_____
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | John Powers |
| Business Address: | Lawyers' Committee for Civil Rights Under Law |
| | Firm/Business Name |
| | 1401 New York Avenue NW, Suite 400 |
| | Street Address |
| | Washington    DC    20005 |
| | Street Address (con't)   City   State   Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2   City   State   Zip |
| | (202) 662-8389 |
| | Telephone Number (w/ area code)    Georgia Bar Number |
| Email Address: | jpowers@lawyerscommittee.org |

