# United States District Court
## Southern District of Georgia

Georgia Coalition for the Peoples' Agenda, Inc., et al.,

Plaintiff

v.

John Nathan Deal, et al.,

Defendant

Case No. 4:16-cv-00269-WTM-GRS

Appearing on behalf of Plaintiffs

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _14th_ day of _Oct._, _2016_

UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE

*****

NAME OF PETITIONER: Ezra D. Rosenberg

Business Address: Lawyers' Committee for Civil Rights Under Law

Firm/Business Name

1401 New York Avenue NW, Suite 400

Street Address

| Street Address (con't) | Washington | DC | 20005 |
|---|---|---|---|
| | City | State | Zip |

Mailing Address (if other than street address)

| | | | |
|---|---|---|---|
| Address Line 2 | City | State | Zip |

(202) 662-8345

Telephone Number (w/ area code)     Georgia Bar Number

Email Address: erosenberg@lawyerscommittee.org