# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| **GEORGIA COALITION FOR THE PEOPLES' AGENDA**, as an Organization; **GEORGIA STATE CONFERENCE OF THE NAACP**, as an organization; and **THIRD SECTOR DEVELOPMENT, INC.** as an organization; <br><br> Plaintiffs, <br><br> v. <br><br> **JOHN NATHAN DEAL**, in his official Capacity as Governor of Georgia, and **BRIAN P. KEMP**, in his official Capacity as Secretary of State for the State of Georgia, <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO.  4:16-CV-0269-WTM-GRS |

## Joint Stipulation

Come Now the Parties and hereby file this Joint Stipulation.

1. The Parties agree that due to the Court awarding remedial relief requested by Plaintiffs on their motion for a preliminary injunction, Defendants' compliance with the Court's Order, and the passage of time, all substantive issues on the merits of Plaintiffs' claims, except as to any entitlement to attorneys' fees, are now moot.

2. The Parties agree further that filing an Answer or Motion to Dismiss for Lack of Subject Matter Jurisdiction by Defendant at this stage of the proceedings would waste both the Parties' and this Court's resources and therefore Plaintiffs waive any requirement that Defendants file such a response.

3. The Parties agree further to a briefing schedule on the issue of Plaintiffs' entitlement to attorneys' fees and costs as follows:

    a. Plaintiffs will file a motion for attorneys' fees and costs, and accompanying brief, on or before February 24, 2017;

    b. Defendant will file a response brief within fourteen (14) days of Plaintiffs' filing;

    c. Plaintiff will have seven (7) days from the date of Defendant's response brief to file a reply.

4. Finally, the parties agree to continue efforts to try and resolve this matter in its entirety.

Respectfully submitted,

CHRISTOPHER M. CARR        112505
Attorney General

ANNETTE M. COWART          191199
Deputy Attorney General

RUSSELL D. WILLARD         760280
Senior Assistant Attorney General

JULIA B. ANDERSON          017560
Senior Assistant Attorney General

/s/Cristina M. Correia
CRISTINA M. CORREIA        188620
Assistant Attorney General

JOSIAH B. HEIDT            104183
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia  30334-1300
(404)656-3389
FAX (404) 657-9932
jheidt@law.ga.gov

Attorneys for Defendants



/s/Julie M. Houk
EZRA D. ROSENBURG
JULIE M. HOUK
JOHN POWERS
Lawyers' Committee for Civil Rights Under Law
1401 New York Avenue, NW Suite 400
Washington, DC  20005
(202)662-8600
FAX: (202) 783-0857

WILLIAM V. CUSTER          202910
Bryan Cave, LLP
One Atlantic Center
14th Floor
1201 W. Peachtree St., NW
Atlanta, GA  30309-3488
(404) 572-6600
FAX:  (202) 572-6999

Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day electronically filed the within and foregoing **JOINT STIPULATION** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties to this matter via electronic notification or otherwise:

> Ezra D. Rosenburg
> John Powers
> Julie M. Houk
> Lawyers' Committee for Civil Rights Under Law
> 1401 New York Avenue, NW Suite 400
> Washington, DC  20005
>
> William V. Custer
> Bryan Cave, LLP
> One Atlantic Center 1201 W. Peachtree St., NW
> 14th Floor
> Atlanta, GA  30309-3488

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  NONE

This 11th day of January, 2017.

> /s/Cristina Correia
> CRISTINA M. CORREIA          188620
> Assistant Attorney General