IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| GEORGIA COALITION FOR THE PEOPLES' AGENDA, as an Organization; GEORGIA STATE CONFERENCE OF THE NAACP, as an organization; and THIRD SECTOR DEVELOPMENT, INC. as an organization;<br><br>Plaintiffs,<br><br>v.<br><br>JOHN NATHAN DEAL, in his official Capacity as Governor of Georgia, and BRIAN P. KEMP, in his official Capacity as Secretary of State for the State of Georgia,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. 4:16-CV-0269-WTM-GRS |

## JOINT NOTICE OF SETTLEMENT

COME NOW the Parties and file this Joint Notice of Settlement.

In a January 11, 2017 Joint Stipulation [Doc. 28], the Parties stated that Plaintiffs would file a motion for attorneys' fees and costs by February 24, 2017. The Parties have since settled all remaining issues in this case, obviating the need for such a motion. The Parties intend to file a joint stipulation of dismissal within the next 30 days.

Respectfully submitted,

CHRISTOPHER M. CARR    112505
Attorney General

ANNETTE M. COWART    191199
Deputy Attorney General

RUSSELL D. WILLARD    760280
Senior Assistant Attorney General

JULIA B. ANDERSON    017560
Senior Assistant Attorney General

CRISTINA M. CORREIA    188620
Assistant Attorney General

/s/Josiah B. Heidt_____
JOSIAH B. HEIDT    104183
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia  30334-1300
(404)656-3389
FAX (404) 657-9932
jheidt@law.ga.gov

Attorneys for Defendants


/s/Julie M. Houk_____
EZRA D. ROSENBERG
JULIE M. HOUK
JOHN POWERS
Lawyers' Committee for Civil Rights Under Law
1401 New York Avenue, NW Suite 400
Washington, DC  20005
(202)662-8600
FAX: (202) 783-0857

WILLIAM V. CUSTER    202910
Bryan Cave, LLP

2

One Atlantic Center
14th Floor
1201 W. Peachtree St., NW
Atlanta, GA  30309-3488
(404) 572-6600
FAX:  (202) 572-6999

Attorneys for Plaintiffs

3

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day electronically filed the within and foregoing **JOINT NOTICE OF SETTLEMENT** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties to this matter via electronic notification or otherwise:

>Ezra D. Rosenberg
>John Powers
>Julie M. Houk
>Lawyers' Committee for Civil Rights Under Law
>1401 New York Avenue, NW Suite 400
>Washington, DC  20005
>
>William V. Custer
>Bryan Cave, LLP
>One Atlantic Center 1201 W. Peachtree St., NW
>14th Floor
>Atlanta, GA  30309-3488

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  NONE

This 27th day of February, 2017.

>/s/Josiah B. Heidt_____
>JOSIAH B. HEIDT            104183
>Assistant Attorney General