IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| GEORGIA COALITION FOR THE PEOPLES' AGENDA, as an Organization; GEORGIA STATE CONFERENCE OF THE NAACP, as an organization; and THIRD SECTOR DEVELOPMENT, INC. as an organization; <br><br> Plaintiffs, <br><br> v. <br><br> JOHN NATHAN DEAL, in his official Capacity as Governor of Georgia, and BRIAN P. KEMP, in his official Capacity as Secretary of State for the State of Georgia, <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 4:16-CV-0269-WTM-GRS |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW the Parties in the above referenced litigation and hereby stipulate pursuant to the terms of a settlement agreement entered between them that the above-styled action be dismissed with prejudice, pursuant to FED. R. CIV. P. 41(a)(1)(A), with the Defendants to bear their own costs and attorneys' fees.

Respectfully submitted, this 10th day of March, 2017.

1

2

| FOR THE PLAINTIFFS: | FOR DEFENDANTS: |
|---|---|
| /s/ Julie M. Houk | /s/ Josiah B. Heidt (w/ expressed permission |
| Ezra David Rosenberg | |
| Julie Marie Houk | Christopher M. Carr     112505 |
| John Michael Powers | Attorney General |
| | |
| Lawyers' Committee for Civil | Annette M. Cowart     191199 |
| Rights Under Law | Deputy Attorney General |
| 1401 New York Avenue, NW Suite 400 | |
| Washington, DC  20005 | Russell D. Willard     760280 |
| | Senior Assistant Attorney General |
| | |
| | Julia B. Anderson     017560 |
| /s/ William V. Custer | Senior Assistant Attorney General |
| William V. Custer     202910 | |
| Bryan Cave, LLP | Cristina M. Correia     188620 |
| One Atlantic Center | Assistant Attorney General |
| 14th Floor | |
| 1201 W. Peachtree St., NW | Josiah B. Heidt     104183 |
| Atlanta, GA  30309-3488 | Assistant Attorney General |
| (404) 572-6600 | 40 Capitol Square SW |
| FAX:  (202) 572-6999 | Atlanta, GA  30334 |
| | (404) 656-3389 |
| Attorneys for Plaintiffs | FAX (404) 657-9932 |
| | jheidt@law.ga.gov |
| | |
| | Attorneys for Defendants |