IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

GEORGIA COALITION FOR THE )
PEOPLES' AGENDA, INC., as an )
organization; GEORGIA STATE )
CONFERENCE OF THE NAACP, as an )
organization; and THIRD SECTOR )
DEVELOPMENT, INC., as an )
organization; )
)
    Plaintiffs, )
)
v. ) CASE NO. CV416-269
)
JOHN NATHAN DEAL, in his )
official capacity as Governor of )
Georgia, and BRIAN P. KEMP, in )
his official capacity as )
Secretary of State for the State )
of Georgia, )
)
    Defendants. )
)

## ORDER

Before the Court is the parties' Stipulation of Dismissal With Prejudice. (Doc. 30.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiffs' claims against Defendants are **DISMISSED WITH PREJUDICE**. Each party in this action shall bear its own costs and attorney fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 15th day of March 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA